USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

KEITH DREW,

                              Plaintiff,

        -against-                      **ORDER TO PRODUCE**

CITY OF NEW YORK, et al.,               18-CV-011709 (ALC) (SN)

                              Defendants.

---------------------------------------------------------------- x

**WHEREAS**, Keith Drew (DIN No. 19-A-3129), Plaintiff *pro se*, is a state prisoner who on November 22, 2019 is temporarily in the custody the New York City Department of Correction (DOC), but will, by December 2, 2019 be returned to the custody of the New York State Department of Corrections and Community Supervision at Mid-State Correctional Facility, 9005 Old River Road, Marcy, New York 13403;

**IT IS HEREBY ORDERED** that the deposition of Plaintiff in *Keith Drew v. City of New York, et al.*, 18-CV-011709, shall be conducted by video-conference on December 2, 2019, beginning at 10:00 in the forenoon, and shall be recorded by stenographic means; and

**IT IS HEREBY FURTHER ORDERED** that the Warden or other official in charge of Mid-State Correctional Facility, shall produce Plaintiff, by video-conference, for such deposition at the aforementioned date and time, and for so long thereafter, from day to day, as the deposition continues, for a total of up to seven hours.

Dated:    November 25, 2019        **SO ORDERED.**
           New York, New York

                                                  SARAH NETBURN
                                                  United States Magistrate Judge