UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KEITH DREW,

                                  Plaintiff,

        -against-                     **ORDER TO PRODUCE**

CITY OF NEW YORK, et al.,           18-CV-011709 (ALC) (SN)

                                  Defendants.

------------------------------------------------------------ x

        **WHEREAS**, Keith Drew (DIN No. 19-A-3129), Plaintiff *pro se*, is a state prisoner in the custody of the New York State Department of Corrections and Community Supervision at Mid-State Correctional Facility, 9005 Old River Road, Marcy, New York 13403;

        **IT IS HEREBY ORDERED** that the deposition of Plaintiff in *Keith Drew v. City of New York, et al.*, 18-CV-011709, shall be conducted by video-conference on December 20, 2019, beginning at 10:30 in the forenoon, and shall be recorded by stenographic means; and

        **IT IS HEREBY FURTHER ORDERED** that the Warden or other official in charge of Mid-State Correctional Facility, shall produce Plaintiff, by video-conference, for such deposition at the aforementioned date and time, and for so long thereafter, from day to day, as the deposition continues, for a total of up to seven hours.

**SO ORDERED.**

December 11, 2019  
New York, New York

                                                             SARAH NETBURN  
                                                    United States Magistrate Judge