**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KEITH DREW,

                 Plaintiff,                18 **CIVIL** 11709 (ALC)

     -against-                          **JUDGMENT**

CITY OF NEW YORK, ET AL.,
                 Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2021, Defendants' motion for summary judgment is granted and Plaintiff's claims are dismissed.

**Dated:** New York, New York
         March 31, 2021

                                                    **RUBY J. KRAJICK**
                                                         Clerk of Court
                                      BY:
                                                          Deputy Clerk