**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_\_10/4/2021_____

------------------------------------------------------------x
Keith Drew,

                      Plaintiff,

    -against-                          1:18-cv-11709 (ALC) (SN)

City of New York et al.,           **ORDER**

                      Defendants.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On September 14, 2021, Plaintiff Keith Drew ("Plaintiff") moved for leave to proceed *in forma pauperis* ("IFP") for the purpose of an appeal of this Court's Opinion and Order (ECF No. 80) granting Defendants' motion for summary judgment dated March 31, 2021. ECF No. 85. This Court hereby certifies that an appeal from its Opinion and Order (ECF No. 80) would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is requested to terminate the motion at ECF No. 85.

**SO ORDERED.**

*[signature: Andrew L. Carter, Jr.]*

**Dated:** October 4, 2021

      New York, New York                             **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**